IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELIX WONG, | ) | 1:06-cv-01046 -LJO WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE MOTION FOR DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | ) | |
| | ) | |
| JEFF WRIGLEY, Warden, | ) | |
| | ) | |
| Respondent. | ) | [Doc. 3, 5 ] |
| _____ | ) | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pending before the court is Respondent's motion to dismiss.

On June 6, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  No objections were filed..

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

conducted a <u>de</u> <u>novo</u> review of this case.   See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on June 6,  2007, are a adopted in full;
2. The motion to dismiss is GRANTED;
3. The Petition for Writ of Habeas Corpus is DISMISSED as moot; and
3.  The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   July 30, 2007**                               /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

2